IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLAN WOLK

    Plaintiff,

v.

JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; CITY OF PITTSBURGH; and ERIC TATUSKO

    Defendants.

No: cv-10-0940

**STIPULATION OF DISMISSAL**

Filed on behalf of Defendant,
CITY OF PITTSBURGH

ELECTRONICALLY FILED

JUDGE GARY L. LANCASTER

### STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P.41(A)(1)(ii)

AND NOW, come the parties to this action and file the following Stipulation of Dismissal Pursuant to Fed.R.Civ.P.41(a)(1)(ii):

It is hereby STIPULATED by all parties to this litigation that all claims asserted by Plaintiff, Allan Wolk, are DISMISSED with prejudice.

*Rolph L. Patberg*
Rolph L. Patberg, Esquire, Attorney
for Plaintiff, Allan Wolk

*A.Bryan Campbell*
A. Bryan Campbell, Esquire
Counsel for Defendant, Eric Tatusko

*Michael E Kennedy*
Michael E. Kennedy, Esquire
Assistant City Solicitor
Counsel for Defendant, City of Pittsburgh

SO ORDERED, this 21 day of December, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge